1  LAURA ROBINSON
   State Bar #135680
2  Law Office of Laura Robinson
   6114 LaSalle Avenue, #216
3  Oakland, California 94611
   Tel: (510) 384-8563
4  Fax: (510) 439-5314
   Laurasrobinson@gmail.com
5
   Counsel for Defendant CORY FULLER
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )
                                  )   No. CR 13-028 CW
                                  )
11                                )   STIPULATION AND [PROPOSED]
   Plaintiff,                     )   ORDER CONTINUING STATUS
12                                )   HEARING; EXCLUSION OF TIME

13                                )
         v.                       )
14                                )
                                  )
15 LETITIA MONTGOMERY,            )
                                  )
16                                )
         Defendants.              )
17 _____ )

18                              **STIPULATION**

19

20     IT IS HEREBY STIPULATED, by and between counsel for Cory Fuller and the

21 Assistant United States Attorney Kevin Barry, that the court date currently scheduled for

22 Monday, October 21, 2013, at 9:30 a.m. before Magistrate Donna M. Ryu, may be continued

23 because the changed time of 9:30 conflicts with other court appearances by defense counsel and

24

25

1

1 | because the plea agreement has not been finalized, to Monday, November 18, 2013 at 2:00 p.m.
2 | for plea.

The parties stipulate that the period of time from the date of this order to November 18, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can receive the final plea agreement and confer with her client.

DATED: 10/17/13          ___/s/_____
                         LAURA ROBINSON
                         Attorney for Cory Fuller

DATED: 10/17/13          ___/s/_____
                         KEVIN BARRY
                         Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

/ / /

/ /

1 **[PROPOSED]** ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant, the Court hearing for defendant Cory Fuller, currently scheduled for Monday, October 21, 2013, at 9:30 a.m. before Honorable Magistrate Donna M. Ryu, may be continued to November 18, 2013 at 2:00 p.m.

IT IS FURTHER ORDERED that the time from the date of this order to November 18, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can receive the final plea agreement and confer with her client prior to the scheduled plea date.

SO ORDERED.

DATED: 10/18/2013

HONORABLE CLAUDIA WILKEN
United States District Judge